# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2014

148683-4

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

ZIGMOND CHIROPRACTIC, P.C.,
        Plaintiff/Counter-Defendant-
        Appellee,

v

AAA MICHIGAN,
        Defendant/Counter-Plaintiff/
        Third-Party Plaintiff-Appellant,

and

NEUROSCIENCE, P.C.,
        Third-Party Defendant-Appellee.

_____/

SC: 148683
COA: 305741
Wayne CC: 09-006113-NF

ZIGMOND CHIROPRACTIC, P.C.,
        Plaintiff/Counter-Defendant-
        Appellee,

v

AAA MICHIGAN,
        Defendant/Counter-Plaintiff-
        Appellant.

_____/

SC: 148684
COA: 306790
Wayne CC: 09-026665-AV

On order of the Court, the application for leave to appeal the July 25, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2014



Clerk

h0421